UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TROY CROMLEIGH,                :
                               :
        Petitioner             :
                               :
    v.                         : CIVIL NO. 3:CV-08-1349
                               :
PA STATE ATTORNEY GENERAL,     : (Judge Kosik)
et al.,                        :
                               :
        Respondents

## **ORDER**

**NOW, THIS 4th DAY OF AUGUST, 2008,** upon consideration of Petitioner's Motion for Appointment of Counsel (Doc. 3) and Motion to Amend/Correct Petition (Doc. 5), **IT IS HEREBY ORDERED THAT** said motions are **dismissed as moot**.[1]

*s/EDWIN M. KOSIK*
United States District Judge

---

[1] On July 31, 2008, the above action was dismissed without prejudice to Petitioner to file a new action pursuant to 42 U.S.C. § 1983 or 28 U.S.C. § 2254. (Doc. 4.) The filing of the motion for counsel was filed by Petitioner the same day. In light of the court's disposition of the action, the motion for counsel will also be dismissed without prejudice.