UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TROY A. CROMLEIGH, :
:
    Petitioner :
:
  v. : CIVIL NO. 3:CV-08-1349
:
PA STATE ATTORNEY GENERAL, : (Judge Kosik)
et al., :
:
    Respondents

## **O R D E R**

**NOW, THIS 11th DAY OF AUGUST, 2008,** upon consideration of Petitioner's "Motion for court to order an FBI Investigation" (Doc. 7) and "Request to Withdraw Petition" ( Doc. 8), **IT IS HEREBY ORDERED THAT** said motions are **denied as moot**.[1]

                                                                     s/EDWIN M. KOSIK
                                                                      United States District Judge

---

[1] This case was dismissed without prejudice on July 31, 2008, without prejudice to Cromleigh to file a new civil rights or habeas corpus action. (Doc. 4.)